UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA JASPER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO: 13-CV-5099-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 21). The parties have agreed that this case should be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the Administrative Law Judge (ALJ) to reassess the claimant's social functioning limitations, and in doing so, further evaluate the medical opinions, and obtain supplemental evidence from a vocational expert. The ALJ shall consider any new evidence Plaintiff submits and give Plaintiff the opportunity for a new hearing to give additional testimony.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

1  The ALJ will make a de novo determination as to disability, and issue a new
2  decision.
3  Upon proper application, Plaintiff shall be eligible for attorneys' fees under
4  the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq.*
5  **IT IS HEREBY ORDERED:**
6  The Parties' Stipulated Motion for Remand (ECF No. 21) is **GRANTED**.
7  This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42
8  U.S.C. § 405(g) for further administrative proceedings.
9  The District Court Executive is hereby directed to file this Order, provide
10 copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.
11 **DATED** May 5, 2014.



　　　　　　　　　　　　　　　　Thomas O. Rice
　　　　　　　　　　　　　　　　THOMAS O. RICE
　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2