AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TAMARA JASPER, <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner <br> of Social Security Administration, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   13-CV-5099-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Judgment is entered in favor of Plaintiff.  The case is REVERSED and REMANDED pursuant to sentence four of 42
U.S.C. § 405(g) for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____THOMAS O. RICE_____ on a Stipulated Motion for Remand.

Date:  ___May 5, 2014___

*CLERK OF COURT*

_SEAN F. McAVOY_____

_s/ Linda L. Hansen_____
*(By) Deputy Clerk*

_Linda L. Hansen_____